IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WILLIAM ALEJANDRO ARGUETA GUEVARA,<br><br>*Petitioner*,<br><br>v.<br><br>VERNON LIGGINS, *et al.*,<br><br>*Respondents*. | Case No. 26-cv-261-ABA |

**ORDER**

Upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) (the "Petition") filed by Petitioner William Alejandro Argueta Guevara, the Joint Notice filed by the Parties (ECF No. 7), the entire record in this case, and good cause having been shown, and for the reasons stated in *Bautista Villanueva v. Bondi*, No. 25-cv-4152-ABA, 2026 WL 100595 (D. Md. Jan. 14, 2026), the Court hereby ORDERS as follows:

1. The Petition is GRANTED IN PART and DENIED IN PART;

2. Respondents are ENJOINED from detaining Petitioner under 8 U.S.C. § 1225(b);

3. Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to a bond hearing consistent with 8 C.F.R. §§ 236.1(d), 1003.19 and 1236.1(d);

4. A bond hearing shall be held within ten (10) days of Petitioner's filing of a motion with the Immigration Court;

5. The bond hearing must be conducted by an Immigration Judge with jurisdiction or administrative control over Petitioner's detention and removal proceedings, and the hearing must comply in all respects with the regulations at 8 C.F.R.

1

§§ 236.1(d), 1003.19, 1236.1(d) and any attendant process available pursuant to these provisions;

6. This Order does not require Respondents to transfer or transport Petitioner to Maryland prior to a bond hearing;

7. If bond is granted and Petitioner is released, nothing in this Order precludes United States Immigration and Customs Enforcement from imposing reasonable conditions of release;

8. If Petitioner is not provided with a bond hearing before an Immigration Judge within ten (10) days of his filing a motion with the Immigration Court, Respondents shall release Petitioner from custody with reasonable conditions, which may include the requirement that Petitioner appear for a bond hearing at an Immigration Court in Maryland;

9. The parties shall provide this Court with a Status Report within 14 days of this Order;

10. Any request for attorney's fees and costs is DENIED; and

11. The Court shall RETAIN jurisdiction of this matter to enforce compliance with this Order.

Date:  January 23, 2026

*/s/*
Adam B. Abelson
United States District Judge